United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO MORA,<br>　　　　Plaintiff,<br>　　v.<br>COMCAST CORPORATION,<br>　　　　Defendant. | Case No. 17-cv-00960-CW (MEJ)<br>**DISCOVERY ORDER**<br>Re: Dkt. Nos. 38, 40 |

The Court ordered the parties to meet and confer in person on April 26, 2018 to discuss the disputes they raised in their April 13, 2018 joint letter brief. Apr. 13 Letter, Dkt. No. 38; Meet & Confer Order, Dkt. No. 39. The parties submitted an updated letter. Apr. 26 Letter, Dkt. No. 40. Having reviewed the April 26 letter and the record in this case, and the relevant legal authority, the Court finds Plaintiff fails to show all of the requested discovery is proportional to the needs of the case. *See* Fed. R. Civ. P. 26(b)(1). The Court thus ORDERS the following:

1. <u>RFP Nos. 7 & 19</u>: Defendant shall limit production to each of the 98 technicians who reported to Jesse Femyer between November 1, 2013 and May 31, 2016, regardless of whether these technicians are similar in age, race, or national origin to Plaintiff and regardless of their union membership or activities.

2. <u>RFP No. 20</u>: Defendant's production need not include documents relating to solely to compliance with FEHA. Production shall be limited to discrimination complaints involving Mr. Femyer, Nick Varela, and Kevin Trujillo, regardless of whether these complaints involve employees who are similar in age, race, or national origin to Plaintiff.

3. <u>RFP Nos. 24 & 29</u>: Defendant shall produce documents relating to discipline of employees who failed their ladder handling exams and who reported to Mr. Varela or Mr. Femyer.

Defendant may redact third parties' personal information.

**IT IS SO ORDERED.**

Dated: April 27, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge