UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO MORA,<br><br>    Plaintiff,<br><br>  v.<br><br>COMCAST CORPORATION,<br><br>    Defendant. | Case No. 17-cv-00960-CW<br><br>CONDITIONAL ORDER OF DISMISSAL<br><br>Re: Dkt. No. 74 |

The Court having been advised that the parties have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 90 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. The further case management conference, pre-trial conference and jury trial dates are vacated.

Dated: September 5, 2018

_____
CLAUDIA WILKEN
United States District Judge